Dismissed and Memorandum Opinion filed November 9, 2006








 

Dismissed
and Memorandum Opinion filed November 9, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00447-CR

NO. 14-06-00448-CR

____________

 

FRANKLIN DAVID MOTLEY,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
253rd District Court

Chambers County,
Texas

Trial Court Cause Nos.
13773 & 13873

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notices of appeal, personally signed by
appellant, has been filed with this court.  See Tex. R. App. P. 42.2.  Because this court has not delivered
an opinion, we grant appellant=s request.

Accordingly,
we order the appeals dismissed.  We direct the clerk of the court to issue the
mandates of the court immediately.

PER CURIAM








 

Judgment rendered and Memorandum
Opinion filed November 9, 2006.

Panel consists of Justices Fowler,
Edelman, and Frost.

Do not publish C Tex.
R. App. P. 47.2(b).